# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

P.O. Box 847
Harrisburg, PA 17108-0847

---

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee Account #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Butler Family Fuller Lake, LLC-K1 Royalties |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA (Prop sold January 2020) | None |
| 2. FNB Bank (X) | Mortgage secured by personal real estate, Harrisburg, PA (Prop Sold Oct 2020) | None |
| 3. First National Bank (X) | Mortgage secured by personal/rental real estate, Lewes, DE (Prop Purch April 2019) | O |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | First National Bank cash accounts (formerly referred to as FNB) | A | Interest | M | T | | | | | |
| 2. | Fidelity-Core Cash Acct X | A | Interest | J | T | | | | | |
| 3. | PenFEd Credit Union | A | Interest | K | T | Open | 01/01/20 | J | | |
| 4. | RENTAL PROPERTY, Lewes, DE (Purch $775,00) | E | Rent | O | R | | | | | |
| 5. | DowDuPont Inc. common stock | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | | |
| 7. | Charles Schwab Investment Portfolio #1(H) | | | | | | | | | |
| 8. | - Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | Charles Schwab Investment Portfolio #2(H) | | | | | | | | | |
| 11. | - Schwab Value Advantage Money Fund | A | Dividend | J | T | Distributed (part) | 01/02/20 | L | | |
| 12. | | | | | | | | | | |
| 13. | TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 14. | - Schwab One money market account | A | Interest | L | T | | | | | |
| 15. | - US Treasury Bill | A | Interest | | | Matured | 01/15/20 | L | | |
| 16. | - US Treasury Bill | A | Interest | | | Matured | 03/31/20 | L | | |
| 17. | - US Treasury Bill | A | Interest | K | T | Buy | 03/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Berkshire Hathaway Class B common stock | | None | J | T | | | | | |
| 19. - Alphabet Inc Class C common stock | | None | | | Sold | 10/20/20 | J | A | |
| 20. -Amazon Inc Common | | None | J | T | Buy | 8/31/20 | J | | |
| 21. -Microsoft Inc Common | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 22. -Ark Autonomous Tech | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 23. -Ark Genomic Revolution ETF | A | Dividend | J | T | Buy | 8/18/20 | J | | |
| 24. - Vanguard Dividend Growth Fund Investor shares | A | Dividend | K | T | Buy (add'l) | 10/20/20 | K | | |
| 25. -Communcation Svs Slct SPDR EFT | A | Dividend | J | T | Buy | 4/24/20 | J | | |
| 26. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 27. | | | | | Sold (part) | 11/02/20 | J | A | |
| 28. -First Trust NASDAQ | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 29. -Invesco Solar ETF | A | Dividend | K | T | Buy | 08/18/20 | K | | |
| 30. -IShares Global Clean | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 31. - IShares US Healthcare ETF | A | Dividend | J | T | Sold (part) | 03/13/20 | J | A | |
| 32. - IShares US Medical Devices ETF | A | Dividend | J | T | Sold (part) | 02/27/20 | J | A | |
| 33. - SPDR Gold Shares | A | Dividend | J | T | Sold (part) | 11/25/20 | K | D | |
| 34. -US Global Jets ETF | A | Dividend | J | T | Buy | 12/17/20 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - IShares MSCI Brazil ETF | | | | | Sold | 01/30/20 | J | | |
| 36.  -Vanguard Hi Divd Yield ETF | | | | | Sold | 02/27/20 | J | A | |
| 37.  -Vanguard Divd Apprec EFT | A | Dividend | K | T | Buy | 12/07/20 | K | | |
| 38.  -Western Asset Core Bond | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 39. | | | | | Buy<br>(add'l) | 10/20/20 | K | | |
| 40. | | | | | Sold<br>(part) | 12/17/20 | L | A | |
| 41. | | | | | | | | | |
| 42.  CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 43.  - Charles Schwab Bank Sweep insured<br>deposit account | A | Interest | J | T | | | | | |
| 44. | | | | | | | | | |
| 45.  CHARLES SCHWAB IRA #2 (H) | | | | | | | | | |
| 46.  - Schwab Value Advantage Money Fund | A | Dividend | J | T | Distributed<br>(part) | 12/31/20 | M | | |
| 47. | | | | | | | | | |
| 48.  FIDELITY IRA ACCOUNT #2 (H) | | | | | | | | | |
| 49.  - Fidelity Extended Market Index Investor<br>Fund (X) | A | Dividend | J | T | | | | | |
| 50.  - Fidelity Select Biotechnology Fund (X) | A | Dividend | | | Redeemed | 06/29/20 | J | | |
| 51.  - Fidelity NASDAQ Composite Index Fund<br>(X) | A | Dividend | J | T | Buy | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, Line 4 - Rental Property was purchased in Lewes, DE on April 18, 2019 for a total contract price of $775,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544